BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>TRAVIS MARSHALL GREY,<br><br>         Defendant. | 2:13-CR-00099-JAM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on October 18, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Travis Marshall Grey forfeiting to the United States the following property:

     a.    One 10.1 Tablet PC (Android).

AND WHEREAS, beginning on November 15, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1  AND WHEREAS, the Court has been advised that no third party has filed a claim
2  to the subject property, and the time for any person or entity to file a claim has expired.
3  Accordingly, it is hereby ORDERED and ADJUDGED:
4  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of
5  America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §
6  2253 to be disposed of according to law, including all right, title, and interest of Travis
7  Marshall Grey.
8  2. All right, title, and interest in the above-listed property shall vest solely in
9  the name of the United States of America.
10  3. The U.S. Marshals Service shall maintain custody of and control over the
11  subject property until it is disposed of according to law.
12  SO ORDERED this 11th day of February, 2014.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge