MICHELE BECKWITH
Acting United States Attorney
J. Douglas Harman
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS MARSHALL GREY,<br><br>Defendant. | CASE NO. 2:13-cr-00099-JAM<br><br>**STIPULATION REGARDING RELEASE OF DISCOVERY IN THE POSSESSION OF PROBATION; FINDINGS AND ORDER**<br><br>DATE: June 17, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Travis M. Grey, by and through his counsel of record, hereby stipulate as follows:

1. On April 14, 2025, Probation filed a petition charging defendant with two violations of his terms of supervised release. Defendant made his initial appearance to answer this petition on May 9, 2025.

2. The charged violations relate to defendant's alleged online contact with minors and concern electronic device(s) allegedly possessed by defendant in violation of his terms of supervised release.

3. On June 6, 2025, defense requested the probation officer provide any reports, forensic materials, or other discovery related to the alleged devices and activity of the Defendant. The government is not in possession of these documents and also requested a copy of any discovery

STIPULATION RE RELEASE OF DISCOVERY         1

1  probation could share related to the charges.  The probation officer informed the parties that Probation
2  policies prohibited the release of discovery without the court's permission.
3      4.    The probation officer has no objection to providing the requested discovery once
4  approved by the court.
5      5.    Both the government and defendant now move the court to allow probation to release
6  discovery on this matter to both parties.

    IT IS SO STIPULATED.

Dated:  June 6, 2025                                          MICHELE BECKWITH
                                                              Acting United States Attorney

                                                              /s/ *J. Douglas Harman*
                                                              J. DOUGLAS HARMAN
                                                              Assistant United States Attorney

Dated:  June 6, 2025                                          /s/ *Douglas Beevers*
                                                              DOUGLAS BEEVERS
                                                              Counsel for Defendant
                                                              TRAVIS MARSHALL GREY

**ORDER**

**IT IS SO ORDERED** that the probation officer be permitted to share all relevant discovery in this matter with both the Defendant and the Government.

IT IS SO ORDERED.

Dated: June 09, 2025              /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE