MICHELE BECKWITH
Acting United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TRAVIS MARSHALL GREY, <br><br> Defendant. | CASE NO. 2:13-CR-00099-JAM <br><br> **FIRST STIPULATION AND ORDER CONTINUING ADMIT/DENY HEARING** <br><br> DATE: June 17, 2025 <br> TIME: 9:00 a.m. <br> COURT: Hon. John A. Mendez |

Plaintiff United States of America, by and through its counsel of record, and defendant Travis M. Grey, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on June 17, 2025.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until July 15, 2025 at 9:00am.

3. On June 6, 2025, the parties learned that probation intends to file a superseding petition including a new charge related to this defendant. The parties and probation agreed that Defendant would make his initial appearance on the superseding petition on June 13, 2025. Defense will require additional time to consider the additional charge and prepare for the Admit/Deny hearing.

4. Additionally, on June 10, 2025, the court ordered probation to release copies of the report(s) related to the electronic devices in this case to the defense and the government. Probation has

1 stated it will release that discovery promptly.  Defense will need time to review this released discovery
2 and determine the impact of those reports on any decision to admit or deny the charges.
3    5. Neither the assigned probation officer nor the attorney for the government oppose the
4 requested continuance.

   IT IS SO STIPULATED

Dated:  June 10, 2025                              MICHELE BECKWITH
                                                   Acting United States Attorney

                                                   /s/ J. DOUGLAS HARMAN
                                                   J. DOUGLAS HARMAN
                                                   Assistant United States Attorney


Dated:  June 10, 2025                              /s/ DOUGLAS BEEVERS
                                                   DOUGLAS BEEVERS
                                                   Attorney for Defendant
                                                   TRAVIS MARSHALL GREY

**O R D E R**

  **IT IS HEREBY ORDERED** that the admit/deny hearing currently scheduled for June 17, 2025, at 9:00 a.m. is **CONTINUED** to **July 15, 2025, at 9:00 a.m.**

Dated: June 12, 2025          /s/ John A. Mendez
                THE HONORABLE JOHN A. MENDEZ
                SENIOR UNITED STATES DISTRICT JUDGE